McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-01000-OWW-LJO |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY  $7,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $7,300.00 in U.S. Currency (hereinafter the " defendant currency").

2. A Verified Complaint for Forfeiture In Rem was filed on August 3, 2005, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 et seq.

3. On August 4, 2005, in accordance with said Complaint, a Warrant and Summons For Arrest of the defendant currency was issued and duly executed on August 18, 2005.

4. On or about September 12, 2005, a Public Notice of Arrest of defendant currency appeared by publication in The Visalia Times Delta, a newspaper of general circulation in the county in which the defendant currency was seized (Tulare County).  The Proof of Publication was filed with the Court on October 6, 2005.

5. In addition to the Public Notice of Arrest having been completed, actual notice or attempted notice was acknowledged by the following:

    a. Jesus Rodriguez, Sr.

    b. Alma Rodriguez

    c. Hillario Padilla

    d. Maria Montes

    e. Jesus Rodriguez, Jr.

    f. Frank Rodriguez

6. Jesus Garcia Rodriguez, Sr. and Alma Rosa Rodriguez filed a verified claim and answer, alleging a total ownership interest in the defendant currency.  On January 5, 2006, a Clerk's Entry of Default was entered against Hillario Padilla, Jesus Rodriguez, Jr., Maria Montes and Frank Rodriguez.

7. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimants Jesus Garcia Rodriguez, Sr., Alma Rosa Rodriguez, Potential Claimants Hillario Padilla, Maria Montes, Jesus Rodriguez, Jr., Frank Rodriguez, and all other potential claimants who have not filed claims in this action.

3. That upon entry of this Final Judgment of Forfeiture, $4,000.00 of the defendant approximately $7,300.00 in U.S. Currency, together with any interest that may have accrued on that

amount, seized on or about January 24, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $3,300.00 of the approximately $7,300.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimants Jesus Garcia Rodriguez, Sr. and Alma Rosa Rodriguez through their attorney, Victor M. Perez at 1304 West Center Street, Visalia, CA 93291.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the approximately $7,300.00 in U.S. Currency seized on or about January 24, 2005.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code §1542.

6. Pursuant to the stipulation of the parties, and allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed August 3, 2005, the Court finds that there was reasonable cause for the seizure of the approximately $7,300.00 in U.S. Currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS __2nd__ day of __October__, 2006.


　　　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　United States District Judge

///
///
///
///
///

3

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed August 3, 2005, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the approximately $7,300.00 in U.S. Currency.

DATED:   10/2/06                      /s/ Oliver W. Wanger
                                      OLIVER W. WANGER
                                      United States District Judge